UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN STEELE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>HOUSTON EMERGENCY AUTO RESCUE & TRUCKING LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.  4:24-cv-1993<br><br>JURY TRIAL DEMANDED |

### JOINT MOTION TO FILE SETTLEMENT DOCUMENTS UNDER SEAL

Plaintiffs Jonathan Steele and Amber Steele, on behalf of themselves and on behalf of all others similarly situated, and Defendant Houston Emergency Auto Rescue & Trucking file this joint motion and request that the Court allow them to file the exhibit to their Joint Motion to Approve Settlement under seal.  In support of this Motion, the parties would show the following:

1.  The Parties have finalized a settlement agreement request that the Court approve the settlement.

2.  The Parties now intend to the submit the settlement agreement to the Court for approval because it involves the compromise of Fair Labor Standards Act ("FLSA") claims that the Parties desire to settle.  To comply with the confidentiality provisions of the settlement agreement, the Parties seek leave of the Court to file under seal the exhibits to the Joint Motion to Approve Settlement, which includes the settlement agreement and the declaration of Plaintiff's counsel which describes the settlement.

3.  In upholding a district court's decision to seal a settlement agreement and a transcript of proceedings related to same, the Fifth Circuit noted that "the right to inspect and copy

1

judicial records is not absolute," and "[e]very court has supervisory power over its own records and files." *Seals v. Herzing Inc.-New Orleans*, 482 Fed. App'x 893, 896 (5th Cir. 2012). As such, the Fifth Circuit "review[s] the district court's decision to seal [a] settlement agreement for abuse of discretion." Id. In determining that sealing was proper, the Fifth Circuit specifically noted "the parties agreement to maintain confidentiality, the express statement that confidentiality was a material inducement for [defendant] to settle, [and] the fact that 'public policy favors voluntary settlements." *Id.*

4. Courts frequently grant leave for parties to file settlement documents under seal in FLSA cases. *See e.g., McCaig v. Newfield Exploration Company*, Case No. 4:17-cv-02927 (S.D. Tex. Nov. 29, 2018) (Doc. # 29) (granting unopposed motion to seal FLSA settlement agreement); *Noyola v. Bella Brothers, Inc.*, Case No. 4:10-cv-03723 (S.D. Tex. March 17. 2011) (Doc. # 18) (same); *Diaz v. Panhandle Maim., LLC*, No. 2:18- CV-097-Z, 2020 WL 587644, at *1 (N.D. Tex. Feb. 6, 2020) (granting motion for approval of FLSA settlement, explaining that "the Settlement Agreement...has been filed under seal and will not be made part of the public record"); *Cormier v. Turnkey Cleaning Services LLC*, 2018 WL 5288824, at *1 (W.D. La. Oct. 22, 2018).

5. Maintaining the confidentiality of the settlement agreement's terms serves the privacy interest of all parties and promotes the amicable resolution of FLSA claims. Thus, good cause exists for filing the Settlement Agreement under seal.

For these reasons, the Parties respectfully request that the Court order the exhibits to the Unopposed Motion for Settlement Approval be filed and remain under seal.

Respectfully submitted,

Sosa-Morris Neuman, PLLC


By: */s/ Beatriz Sosa-Morris*
Beatriz-Sosa Morris
BSosaMorris@smnlawfirm.com
Texas State Bar No. 24076154
John Neuman
JNeuman@smnlawfirm.com
Texas State Bar No. 24083560
4151 Southwest Freeway, Suite 515
Houston, Texas 77027
Telephone: (281) 885-8844
Facsimile: (281) 885-8813

Attorneys for Plaintiffs


*/s/ Michael K. Burke*
Michael K. Burke
S.D. Tex. Admission No. 24356
Texas Bar No. 24012359
mburke@scottpattonlaw.com
Daniel Patton
S.D. Tex. Admission No. 26200
Texas Bar No. 24013302
dpatton@scottpattonlaw.com
**Scott Patton PC**
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Phone:        (281) 377-3311
Fax:     (281) 377-3267

Attorneys for Defendant