United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONATHAN STEELE, Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiff,<br><br>V.<br><br>HOUSTON EMERGENCY AUTO RESCUE & TRUCKING LLC,<br><br>Defendant. | CIVIL ACTION NO. 4:24-cv-1993<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING**
**JOINT MOTION TO APPROVE SETTLEMENT**

Before the Court is the Parties' Joint Motion to Approve Settlement (the "Motion") (ECF 46). Having considered the Motion, the Settlement Agreement and all exhibits (the "Settlement Agreement"), the record, and applicable law, the Court **GRANTS** the Motion. Therefore, it is ordered that:

1. The Joint Motion to Approve Settlement is **GRANTED**.

2. The Settlement Agreement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute under the FLSA.

3. The parties shall carry out the Settlement Agreement in accordance with its terms and timelines.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 2nd day of December, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE